AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | Massachusetts | |
|---|---|---|---|
| Name of Movant **Ferdinand Santiago** | Prisoner No. 90727-038 | | Docket No. 03-30011 |
| Place of Confinement **FCI Ft. Dix, New Jersey 08640** | | | |

| UNITED STATES OF AMERICA | v. | (include name upon which convicted) **Ferdinand Santiago** |
|---|---|---|
| | | (full name of movant) |

### MOTION

1. Name and location of court which entered the judgment of conviction under attack _____

   U.S. District Court for the District of Massachusetts, 1550 Main St., Springfield, MA 01103

2. Date of judgment of conviction ___10/15/03___

3. Length of sentence ___120 MONTHS___

4. Nature of offense involved (all counts) Maintaining a Place for the Purpose of Distributing a Controlled Substance, in violation of 21 U.S.C. §856(a)& (2), and Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §922(g)(1), and Possession w/Intent to Distribute Cocaine Base, 21 U.S.C. §841.

5. What was your plea? (Check one)
   - (a) Not guilty ☐
   - (b) Guilty **XX**
   - (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   Pled guilty to 21 U.S.C. §856 and 18 U.S.C. §922 charges; 21 U.S.C. §841 charge dismissed

6. Kind of trial: (Check one)
   - (a) Jury ☐
   - (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒X

AO 243
REV 6/82

9. If you did appeal, answer the following:

    (a) Name of court ___N/A_____

    (b) Result _____

    (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☒ X

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court ___N/A_____

       (2) Nature of proceeding _____

       _____

       (3) Grounds raised_____

       _____

       _____

       _____

       _____

       _____

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

       (5) Result_____

       (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

       (1) Name of court _____

       (2) Nature of proceeding _____

       _____

       (3) Grounds raised_____

       _____

       _____

       _____

       _____

AO 243
REV 6/82

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐

    (5) Result_____

    (6) Date of result _____ _____

(c) As to any third petition, application or motion, give the same information:

    (1) Name of court _____

    (2) Nature of proceeding _____

        _____

    (3) Grounds raised_____

        _____

        _____

        _____

        _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐
    (5) Result _____
    (6) Date of Result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐ No ☐
    (2) Second petition, etc.   Yes ☐ No ☐
    (3) Third petition, etc.    Yes ☐ No ☐
(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

    _____

    _____

    _____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

    (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

    (b) Conviction obtained by use of coerced confession.

AO 243
REV 6/82

(c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e)  Conviction obtained by a violation of the privilege against self-incrimination.
(f)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g)  Conviction obtained by a violation of the protection against double jeopardy.
(h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i)  Denial of effective assistance of counsel.
(j)  Denial of right of appeal.

S E E    A T T A C H E D

A.  Ground one: _____

_____

Supporting FACTS (tell your story *briefly* without citing cases or law: _____

_____

_____

_____

_____

_____

B.  Ground two: _____

_____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

C.  Ground three: _____

_____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

_____

_____

_____

AO 243
REV 6/82

D. Ground four: _____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

The grounds argued in the attached motion were not previously presented due to the fact that new Constitutional law was just implemented in support of said arguments.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing __ Mark G. Mastroinanni 95 State St., Suite 309 Springfield, MA 01103

(b) At arraignment and plea __ "Same as A Above"

(c) At trial __ N/A

(d) At sentencing __ "Same as A Above"

(6)

AO 243
REV 6/82

(e) On appeal___N/A_____

_____

(f) In any post-conviction proceeding ___Pro-Se_____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _N/A_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒No☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒X

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

_____

(b) Give date and length of the above sentence: _____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
(date)

_____
Signature of Movant

(7)