UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERDINAND SANTIAGO, | ) CA-04-3-186-MAP |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO IMMPOND

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby requests that the court impound Exhibit No. 2 of the Government's Response to Santiago's § 2255 motion due to the fact that Exhibit 2 contains personal information.

Filed this 22th day of October, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
WILLIAM M. WELCH II
Assistant United States Attorney

1

CERTIFICATE OF SERVICE

Hampden, ss.                          Springfield, Massachusetts
                                      October 22, 2004

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

Ferdinand Santiago
No. 90727-038
Federal Correctional Institution
P.O. Box 2000 East - Bldg. 5703
Fort Dix, NJ  08640

Mark Mastrioanni, Esq.
95 State Street
Springfield, MA  01103 No. 90727-038

                                            _____
                                            WILLIAM M. WELCH II
                                            Assistant United States Attorney