UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FERDINAND SANTIAGO,           )
  Petitioner                  )
                              )
        v.                    )    Civil Action No. 04-30186-MAP
                              )
UNITED STATES OF AMERICA,     )
  Respondent                  )


MEMORANDUM AND ORDER REGARDING
PETITIONER'S MOTION
PURSUANT TO 28 U.S.C. § 2255
(Docket No. 1)

November 5, 2004

PONSOR, D.J.

        Defendant, now before this court as a petitioner, has moved to vacate or set aside his sentence based upon the application of the Supreme Court's decision in Blakely v. Washington, __ U.S. __, 124 S.Ct. 2531 (2004).  This petition is hereby ordered dismissed, on the ground that Blakely is not likely to be construed as retroactive, or applicable in a habeas proceeding based upon a sentencing that occurred before the effective date of that decision.  Moreover, the court's two-level downward adjustment for defendant's role as a minor participant was within its discretion.

        For these reasons, the motion to vacate is DENIED and this petition is hereby ordered DISMISSED.  This case may now be closed.

It is So Ordered.


/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge