# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

FERDINAND SANTIAGO,

   Petitioner

        v.                      CIVIL ACTION NO. 3: 04-30186-MAP

UNITED STATES OF AMERICA,

   Respondent

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent United States of America, the court having denied the petitioner's motion to vacate, set aside or correct sentence.


                                    TONY ANASTAS,
                                      CLERK OF COURT

Dated:  November 5, 2004             By  /s/ *Maurice G. Lindsay*
                                   Maurice G. Lindsay
                                   Deputy Clerk