IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FERDINAND SANTIAGO,
        Petitioner,

-v-

        CA -04-30186-MAP (Arising From)
        Case No. 3:03-CR-30011-001

UNITED STATES OF AMERICA,
        Respondent,

..........................................

## MOTION FOR EQUITABLE TOLLING

NOW INTO COURT, Comes Ferdinand Santiago, the petitioner appearing through Pro-Se representation and respectfully moves this Honorable Court to Equitablely Toll his time to respond to the governments response that was due thirty(30) days after the governments response on October 21, 2004.

This is a Pro-Se Motion and such is to be held to less stringent standards than those drafted by an attorney. **CRUZ V. BETO,** 405 U.S. 319 (1972). **HAINES V. KERNER,** 30 L. Ed. 2d. 652 (1972). Where inmates are faced with difficulties due to incarceration, courts have special responsibility to construe Pro-Se complaints liberally, to allow ample opportunity to amend and to permit adjudication on merits rather than dismiss on technical ground. **HUGHES V. ROWE,** 66 L. Ed. 2d. 163 (1980).

A memorandum brief in support of this motion is made part of this motion by reference herein.

                          Respectfully Submitted

                          Ferdinand Santiago-Pro-Se

## MEMORANDUM BRIEF IN SUPPORT OF PETITIONER'S MOTION FOR EQUITABLE TOLLING

A. POINTS AND AUTHORITIES:

Equitable Tolling is proper only when extraordinary circumstances beyond a prisoners control make it impossible to file a petition on time. **PAGE V. UNITED STATES,** 171 F. 3d. 559: Federal courts have applied the doctrine of equitable tolling in two generally distinct kinds of situations. In the first, the petitioner were prevented from asserting their claims by some kind of wrongful conduct on the part of the defendant. In the second, extraordinary circumstances beyond petitioners control made it impossible to file the claim on time. **ALVAREZ--MACHAIN V. UNITED STATES,** 107 F. 3d. at 701. **KREUTZER V. BOWERSOX,** 231 F. 3d. at 463.

B. ISSUE:

In the case at bar Mr. Santiago filed his initial 2255 motion pending in this Honorable Court on September 14, 2004. This Honorable Court issued an order to the United States Attorney's office on September 21, 2004, to respond to Mr. Santiago's claims presented on his 2255 motion within thirty(30) days. But unfortunately, for Mr. Santiago, he was transferred with no advance notice on October 4, 2004 from F.C.I. Fort Dix, where Mr. Santiago traveled to his new designation via conventional Bureau Of Prisons transport, where he was deprived of any phone calls and no mailing material, until arriving to Duluth Federal Prison Camp on December 1, 2004.

Thus, based on the aftermention Mr. Ferdinand Santiago, respectfully request that this Honorable Court equitable toll his time of response accordingly, till Mr. Santiago receives the governments response which as of this writing has not received any government response as this Honorable Court order, but it could be that the response was sent to Santiago's previous address, Hence, this circumstances mandates that the equitable tolling doctrine be utilize since it was beyond Mr. Santiago's control that made it impossible to file his response to the government response timely, if the government ever respond.

Therefore, Mr. Santiago prays that this Honorable court grant him the relief requested in order to timely and adequately respond to the governments claims and not waive his response due to the Bureau Of Prisons transfer. **THOMAS V. ARN,** 88 L. Ed. 2d. 435 (1985).

Respectfully Submitted

Ferdinand Santiago-Pro-Se
Reg#90727-038-Dorm-21
Duluth Federal Prison Camp
P.O. Box 1000
Duluth MN 55814

Executed On This  7th Day Of December 2004

## CERTIFICATE OF SERVICE

I, Ferdinand Santiago, hereby certify under the penalty of perjury that on the last date given below, I deposited a true and correct copy of my MOTION FOR EQUITABLE TOLLING, in the Duluth Federal Prison Camps Legal Mail with first class postage to insure its proper delivery to:

>U.S. Attorney's Office
>U.S. Courthouse
>1550 Main Street
>Springfield, MA 01103

Executed On This 7th Day Of December 2004

*Ferdinand Santiago*