CERTIFICATE OF SERVICE

I, Ferdinand Santiago hereby certify under the penalty of perjury that on the last date given below, I deposited a true and correct copy of my MOTION TO AMEND, in the Duluth Federal Prison Camps Legal Mail system with first class postage to insure its proper delivery to:

>William M. Welch II
>Office Of The U.S. Attorney
>District Of Massachusetts
>1550 Main Street, Suit 310
>Springfield , MA 01103

*Ferdinand Santiago*

Executed On This 23rd Day Of December 2004