IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FERDINAND SANTIAGO,
        Petitioner,

V.

UNITED STATES OF AMERICA,
        Respondent,

Case No: 3:03-CR-30011-001

(Arising Out Of)
Case No. CA-04-30186-MAP

. . . . . . . . . . . . . . . . . . .

### NOTICE OF APPEAL

Notice is hereby given that Ferdinand Santiago, the petitioner, hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment of his Habeas Corpus pursuant to 28 U.S.C. § 2255, entered for record in the above action on the 5th Day of November 2004.

Respectfully Submitted

Ferdinand Santiago   Pro-Se
REG# 90727-038
Duluth Federal Prison Camp
P.O. Box 1000
Duluth, MN 55814

Executed On This 30th Day Of December 2004.

## CERTIFICATE OF SERVICE

    I, Ferdinand Santiago, hereby certify under the penalty of perjury that on the last date given below, I deposited a true and correct copy of my Notice Of Appeal in the Duluth Federal Prison Camp's Mail System with First Class affixed postage to assure its proper delivery to:

    Assistant U.S. Attorney's Office
    UNITED STATED DISTRICT COURT
    FOR THE DISTRICT OF MASSACHUSETTS
    United States Courthouse
    1550 Main Street
    Springfield, MA 01103

                                                    Ferdinand Santiago   Pro-Se
                                                    REG# 09727-038
                                                    Duluth Federal Prison Camp
                                                    P.O. Box 1000
                                                    Duluth, MN   55814

Executed On This 30th Day Of December 2004.