UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-30186

Ferdinand Santiago

v.

United States of America

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/10/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 13, 2005.

Tony Anastas, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/19/05

/s/ Buckart
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Springfield)
## CIVIL DOCKET FOR CASE #: 3:04-cv-30186-MAP

Santiago v. United States of America
Assigned to: Judge Michael A Ponsor
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 09/17/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Ferdinand Santiago** represented by **Ferdinand Santiago**
90727-038
Federal Correctional Institution
P.O Box 2000 East-Bldg. 5703
Fort Dix, NJ 08640
PRO SE

V.

**Respondent**

**United States of America** represented by **William M. Welch**
United States Attorney's Office
Suite 310
1550 Main Street
Springfield, MA 01103
413-785-0237
Fax: 413-785-0394
Email: william.welch2@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/17/2004 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Ferdinand Santiago.(Lindsay, Maurice) (Entered: 09/17/2004) |
| 09/17/2004 | 2 | MEMORANDUM in support of 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by Ferdinand Santiago. (Lindsay, Maurice) (Entered: 09/17/2004) |
| 09/21/2004 | 3 | Judge Michael A Ponsor : SERVICE ORDER re 2255 Motion entered. Order entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due w/in thirty (30) days of date of this order; cc/cl. and Petitioner.(Finn, Mary) (Entered: 09/22/2004) |
| 10/21/2004 | 4 | Government's response to 2255 petition filed. (Attachments: # 1 Exhibit 1. Exhibit 2(presentence report) not scanned and placed in vault. (Stuckenbruck, John) (Entered: 10/22/2004) |
| 10/22/2004 | 5 | Govt's motion to impound exhibit No. 2 to its 4 resp. to the 2255 habe petition by United States of America filed.(Finn, Mary) (Entered: 10/25/2004) |
| 10/26/2004 |  | Judge Michael A Ponsor : ENDORSED ORDER entered granting 5 Motion to Impound/Seal Exhibit #2. (Lindsay, Maurice) (Entered: 10/26/2004) |
| 11/05/2004 | 6 | Judge Michael A Ponsor : MEMORANDUM AND ORDER entered regarding petitioner's motion pursuant to 28 U.S.C. 2255, for the reasons stated in this order the petitioner's motion to vacate is DENIED. |

| | | |
|---|---|---|
| | | See the attached memo & order for complete details. cc/cl (Lindsay, Maurice) (Entered: 11/05/2004) |
| 11/05/2004 | 7 | Judge Michael A Ponsor : ORDER entered JUDGMENT in favor of Respondent United States of America against Petitioner Ferdinand Santiago. cc/cl (Lindsay, Maurice) (Entered: 11/05/2004) |
| 11/05/2004 | | Civil Case Terminated. (Lindsay, Maurice) (Entered: 11/05/2004) |
| 12/15/2004 | 8 | Petitioner's MOTION to ext. time to resp. to the Govt's motion to dismiss his 2255 habe petition by Ferdinand Santiago filed.(Finn, Mary) (Entered: 12/15/2004) |
| 12/16/2004 | | Judge Michael A Ponsor : ENDORSEDORDER entered denying the Petitioner's 8 Motion for Extension of Time. It would be unfair to the petitioner to drag this matter out further at this level. Judgment entered dismissing the petition on 11/05/2004. Nothing the petitioner could submit has any prospect of changing decision. Petitioner may, if he wishes, proceed with an appeal; cc/cl. and Petitioner. (Finn, Mary) (Entered: 12/16/2004) |
| 12/30/2004 | 9 | MOTION for leave to Amend 28 U.S.C. 2255 Motion to vacate, set-aside or correct sentence by Ferdinand Santiago.(Lindsay, Maurice) (Entered: 01/03/2005) |
| 12/30/2004 | 10 | CERTIFICATE OF SERVICE by Ferdinand Santiago re 9 MOTION to Amend. (Lindsay, Maurice) (Entered: 01/03/2005) |
| 01/10/2005 | 11 | NOTICE OF APPEAL as to 7 Judgment by Ferdinand Santiago. (Note: Fee has not been paid) NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/31/2005. (Lindsay, |

| | | |
|---|---|---|
| | | Maurice) (Entered: 01/10/2005) |
| 01/11/2005 | 🌑 | Remark: The complete case file containing all pleadings and a certified copy of the docket sent today to the Clerk's Office in Boston, for final processing to the Appeals Court. (Lindsay, Maurice) (Entered: 01/11/2005) |
| 01/18/2005 | 🌑 | Mail Returned as Undeliverable. Mail sent to Ferdinand Santiago - Attempted not known and not at this institution - 2 endorsements, Judgment and Memorandum and Order returned. (Finn, Mary) (Entered: 01/18/2005) |
| 01/18/2005 | 🌑 | Remark - mail returned as undeliverable forwarded to the Appleals Clerk to be placed in the file. (Finn, Mary) (Entered: 01/18/2005) |