# United States Court of Appeals
## For the First Circuit

No. 05-1098
DC No. 04-cv-30186

FERDINAND SANTIAGO,
Petitioner - Appellant,

v.

UNITED STATES,
Respondent - Appellee.

**ORDER OF COURT**
Entered: April 29, 2005

    This court has docketed petitioner-appellant's appeal from the denial of his petition for writ of habeas corpus under 28 U.S.C. §2255. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. §2253. In accordance with Local Rule 22.1(b), a request for a certificate of appealability must first be sought in the district court.

    Appellant's motion to proceed on appeal in forma pauperis contained the request for a certificate of appealability. Accordingly, we transmit the certificate of appealability to the district court for a ruling forthwith. Copies of the district court's rulings shall be forwarded to this court.

    We further order petitioner-appellant to file a status report in this court by May 31, 2005, and *every thirty days thereafter*, advising us of the status of the application for a certificate of appealability. We further order petitioner-appellant to inform us immediately once the district court reaches a decision on the application for a certificate. If a status report is not filed by **May 31, 2005,** and at thirty-day intervals thereafter, this appeal may be dismissed for want of diligent prosecution.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 4/29/05

Certified Copies: Honorable Michael A. Ponsor, Sarah A. Thornton, Clerk, USDC
and cc: Messrs. Santiago, Welch ]