UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FERDINAND SANTIAGO,           )
Petitioner                    )
                              )
                v.            )  C.A. NO. 04-30186-MAP
                              )
UNITED STATES OF AMERICA,     )
Respondent                    )

MEMORANDUM AND ORDER REGARDING APPLICATION FOR
CERTIFICATE OF APPEALABILITY

June 24, 2005

PONSOR, D.J.

The United States Court of Appeals for the First Circuit, on April 29, 2005, transmitted the petitioner's Application for a Certificate of Appealability to this district court for a ruling.  The application had erroneously been filed with the Court of Appeals.

The motion is hereby DENIED.  The court, on November 5, 2004, addressed the issues raised by the petitioner, finding that the Supreme Court's Blakely decision would not apply retroactively to cases on collateral appeal, and that the court's calculation of the offense level was correct.  Nothing in the Motion for Certificate of Appealability casts any doubt upon the court's resolution of these issues, in the sense that judges, proceeding with objective reason, might come to a different conclusion.  The unfortunate fact for the petitioner is that no issues of constitutional dimension have been raised

in the petition.[1]

For the foregoing reasons, the petitioner's Motion for Certificate of Appealability is hereby DENIED.  A copy of this ruling will be conveyed to the petitioner and to the clerk of the United States Court of Appeals for the First Circuit.

It is So Ordered.


  /s/  Michael  A.  Ponsor
MICHAEL A. PONSOR
United States District Judge

---

[1] The Application for Certificate of Appealability notes, at page 6, that the government conceded a "serious guideline calculation error."   Having reviewed the government's memorandum, the court cannot locate any such concession.