CA:04-30186

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1098

FERDINAND SANTIAGO,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Boudin, Chief Judge,
Selya and Howard, Circuit Judges.

JUDGMENT

Entered: September 14, 2005

In the absence of a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253, petitioner's request for a certificate of appealability is denied and this appeal is terminated.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: NOV 07 2005

By the Court:

Richard Cushing Donovan, Clerk.

By:_____
MARGARET CARTER
Chief Deputy Clerk

[cc: Ferdinand Santiago, William M. Welch II, AUSA]